IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00061-RM-KLM

TODD ERMENTRAUT,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **State Farm's Unopposed Motion for Protective Order [#20]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#20-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: June 25, 2014

---

[1] "[#20]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.